IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KYLE L. CANTY,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATIONS,

    Defendant.

Civ. No. 6:15-cv-01636-MC

OPINION AND ORDER

**MCSHANE, Judge:**

    Plaintiff, *pro se*, filed a complaint against the Federal Bureau of Investigations on August 8, 2015. Compl. 1, ECF No. 1. On September 15, 2015, this Court issued an opinion dismissing plaintiff's complaint for failure to state a claim. Order, ECF No. 8. In consideration of plaintiff's *pro se* status, this Court granted plaintiff until October 15, 2015, "to file an amended complaint curing the deficiencies identified . . . ." *Id.* at 3. Since that time, plaintiff orally requested two extensions of time to file his complaints, which this court granted in both instances, allowing plaintiff to comply with the court's order as late as November 30, 2015. ECF No. 9; ECF No. 10. Plaintiff has failed to file his amended complaint. Because plaintiff failed to comply with this Court's order, ECF No. 8, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

    DATED this 4th day of December, 2015.

                                                            Michael J. McShane
                                                          United States District Judge

1 – OPINION AND ORDER